No. 24-269

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**FELIX RUBIO HERNANDEZ,**
Appellee,

v.

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES,** *et al.*,
Appellants.

On Appeal from the United States District Court
for the Western District of Washington

## JOINT STATUS REPORT

## CUSTODY STATUS: NOT DETAINED

| | |
|---|---|
| Matt Adams | ELIANIS N. PEREZ |
| Glenda M. Aldana Madrid | Assistant Director |
| Ki Hoon (Michael) Hur | |
| Leila Kang | MARY L. LARAKERS |
| Mozhdeh Oskouian | Senior Litigation Counsel |
| | Office of Immigration Litigation |
| NORTHWEST IMMIGRANT | District Court Section |
| RIGHTS PROJECT | P.O. Box 868, Ben Franklin Station |
| 615 Second Ave. Suite 400 | Washington, D.C. 20044 |
| Seattle, WA 98104 | Telephone: (202) 353-4419 |
| 206.957.8611 | Email: mary.l.larakers@usdoj.gov |
| | |
| *Counsel for Appellee* | *Counsel for Appellants* |

Appellee and Appellants (collectively, the "parties"), by and through their undersigned attorneys of record, submit this joint status report pursuant to this Court's February 7, 2024, order. *See* ECF No. 8.1.

In that order, the Court granted the parties' motion to stay appellate proceedings until the issuance of the mandate in *Cabello Garcia v. USCIS*, No. 23-35267, or until further order. *See id*. The Court ordered the submission of a joint status report by May 6, 2024, and every 90 days thereafter while *Cabello Garcia* remained pending. *Id.*

On July 22, 2025, the Ninth Circuit issued its decision in *Cabello Garcia.* affirming the district court's decision dismissing the complaint under 8 U.S.C. § 1252(a)(2)(B)(i). *Cabello Garcia v. USCIS,* -- F.4th --, 2025 WL 2046176 at *2 (9th Cir. 2025). Since the decision so recently issued, the time to seek further review has not yet expired. Any such further review would affect the instant appeal because *Cabello-Garcia* concerns the applicability of § 1252(a)(2)(B)(i) to § 1255(m)—the same adjustment of status statute at issue in this case. Accordingly, the parties respectfully request this Court continue to hold this case in abeyance, and that the parties continue to report to this Court every 90 days, until the expiration of the time to seek further review in *Cabello Garcia*, and if review is timely sought, disposition of the further proceedings.

| | |
|---|---|
| Dated: August 4, 2025 | Respectfully submitted, |
| s/ Leila Kang<br>Matt Adams<br>Glenda M. Aldana Madrid<br>Ki Hoon (Michael) Hur<br>Leila Kang<br>Mozhdeh Oskouian | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>ELIANIS N. PEREZ<br>Assistant Director |
| NORTHWEST IMMIGRANT<br>RIGHTS PROJECT<br>615 Second Ave. Suite 400<br>Seattle, WA 98104<br>206.957.8611<br><br>*Counsel for Appellee* | /s/ Mary L. Larakers<br>MARY L. LARAKERS<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 353-4419<br>Email: mary.l.larakers@usdoj.gov<br><br>*Counsel for Appellants* |